AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE June 8, 2007 |
| Name of SERVER  Kevin Hawkins | TITLE Software Engineer |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify) On June 8, 2007, summons was served by U.S. Certified Mail to: Civil Clerk, U.S. Attorney's Office, 450 Golden Gate Ave., San Francisco, CA 94102; Alberto Gonzales, Attorney General, U.S. D.O.J., 10th and Constitutional Ave., Washington, D.C. 20530; Michael Chertoff, Secretary, U.S. D.H.S., Washington, D.C. 20528; Emilio Gonzalez, Director, U.S. C.I.S., Washington D.C. 20528; David Still, District Director, S.F., U.S. C.I.S., 630 Sansome St., San Francisco, CA 94111.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08 June 2007
    Date

Signature of Server

30 Miraflores Ave  San Rafael, CA 94901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure