1  Michael Craig Cox, CA SBN # 248393
2  120 Roble Road, #108
   Walnut Creek, CA 94597
3  Telephone:     650.245.2565
   Facsimile:     by appointment: 925.943.6249
4  Email:         mick@legalhelpfor.us

5  Attorney for Petitioner
6  Anita PATEL

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Anita PATEL,** | Case No.:  C 07 2919 SI |
| Petitioner, | |
| v. | **Request for Entry of Default** |
| | **Per F.R.C.P. 55(a)** |
| **Alberto GONZALES**, in his official capacity, Attorney General, United States Department of Justice; | Immigration Case, Administrative Procedure Act Case |
| **Michael CHERTOFF**, in his official capacity, Secretary, United States Department of Homeland Security; | Agency No.:  A096 542 186 |
| **Emilio GONZALEZ**, in his official capacity, Director, United States Citizenship and Immigration Services, United States Department of Homeland Security; and | |
| **David STILL**, in his official capacity, District Director, United States Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California, | |
| Respondents. | |

TO:     THE CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1. Petitioner Anita Patel hereby requests that the Clerk enter the default of all respondents: Alberto Gonzales, Michael Chertoff, Emilio Gonzales, and David Still, all in their respective official capacities.

2. This request is pursuant to F.R.C.P. Rule 55(a) due to failure by respondents to plead or otherwise defend. Support for this request is based upon the Petition for Writ of Mandamus and the Return of Service. Both aforementioned documents were previously filed with the Court in this matter.

3. This request is further supported by the attached declaration of Michael Craig Cox.

4. The applicable time limit for responsive pleading or other defense by respondents has elapsed.

Respectfully submitted,

Dated this 9th day of August, 2007

/s/  Michael Craig Cox
_____
Michael Craig Cox

Attorney for Petitioner
Anita Patel