**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk415.522.2000

August 27, 2007

RE:  CV 07-02919 SIANITA PATEL -v- ALBERTO GONZALES

Default is declined as to defendants US Attorney General Albert Gonzales, Michael Chertoff, Emelio Gonzalez, and David Still on August 24, 2007.

RICHARD W. WIEKING, Clerk
/s/

by:  Yumiko Saito
Case Systems Administrator