1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  ANITA PATEL,                          )
                                          )  No.    C 07-2919 SI
13            Petitioner,                 )
                                          )
14       v.                               )  **STIPULATION TO EXTEND DATES;**
                                          )  **and [PROPOSED] ORDER**
15  ALBERTO GONZALES, in his official capacity, )
    Attorney General, United States Department of )
16  Justice, et al.,                      )
                                          )
17            Respondents.                )
    _____ )
18

19       Petitioner, by and through her attorney of record, and Respondents, by and through their

20  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21       1.  Petitioner filed this action on or about June 5, 2007, and Respondents' filed their Answer

22  on August 10, 2007.

23       2.  Pursuant to this Court's June 5, 2007 Order Setting Initial Case Management Conference,

24  the parties are required to file a joint case management statement on September 7, 2007, and attend

25  a case management conference on September 14, 2007.

26       3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case

27  and/or prepare a joint case management statement, the parties hereby respectfully ask this Court to

28  extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-2919 SI                              1

Last day to file Joint ADR Certification:                    October 5, 2007

Last day to file/serve Joint Case Management Statement:      October 19, 2007

Case Management Conference:                                  October 26, 2007 at 2:00 p.m.

Dated: August 22, 2007                          Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney


                                                _____/s/_____
                                                ILA C. DEISS
                                                Assistant United States Attorney
                                                Attorney for Respondents


Dated: August 22, 2007                          _____/s/_____
                                                MICHAEL CRAIG COX
                                                Attorney for Petitioner


                                **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


Date:                                           _____
                                                SUSAN ILLSTON
                                                United States District Judge

Stipulation to Extend Dates
C07-2919 SI                              2