1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 ANITA PATEL,                        )
                                       )  No.    C 07-2919 SI
13            Petitioner,              )
                                       )
14        v.                           )  **STIPULATION TO EXTEND DATES;**
                                       )  **and [PROPOSED] ORDER**
15 ALBERTO GONZALES, in his official capacity, )
   Attorney General, United States Department of )
16 Justice, et al.,                    )
                                       )
17            Respondents.             )
   _____ )
18

19     Petitioner, by and through her attorney of record, and Respondents, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21     1.  Petitioner filed this action on or about June 5, 2007, and Respondents' filed their Answer

22 on August 10, 2007.

23     2.  Pursuant to this Court's June 5, 2007 Order Setting Initial Case Management Conference,

24 the parties are required to file a joint case management statement on September 7, 2007, and attend

25 a case management conference on September 14, 2007.

26     3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case

27 and/or prepare a joint case management statement, the parties hereby respectfully ask this Court to

28 extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-2919 SI                          1

1    Last day to file Joint ADR Certification:        October 5, 2007

2    Last day to file/serve Joint Case Management Statement:    October ~~19~~ 16, 2007

3    Case Management Conference:        October ~~26~~ 19, 2007 at 2:00 p.m.

4

5  Dated: August 22, 2007        Respectfully submitted,

6        SCOTT N. SCHOOLS
       United States Attorney

7

8        _____/s/_____

9        ILA C. DEISS
       Assistant United States Attorney
       Attorney for Respondents

10

11

12  Dated: August 22, 2007        _____/s/_____
       MICHAEL CRAIG COX
       Attorney for Petitioner

13

14

15                         **ORDER**

16       Pursuant to stipulation, IT IS SO ORDERED.

17

18

19  Date:        _____
       SUSAN ILLSTON
       United States District Judge

20

21

22

23

24

25

26

27

28