```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Respondents
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANITA PATEL, | ) |
| --- | --- |
| | ) No. C 07-2919 SI |
| Petitioner, | ) |
| | ) |
| v. | ) **PARTIES' JOINT REQUEST TO BE** |
| | ) **EXEMPT FROM FORMAL ADR** |
| ALBERTO GONZALES, in his official capacity, | ) **PROCESS** |
| Attorney General, United States Department of | ) |
| Justice, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be

Parties' Joint Request to be Exempt from ADR
C07-2919 SI                                                        1

excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 3, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents


Dated: October 3, 2007  /s/
MICHAEL CRAIG COX
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 
SUSAN ILLSTON
United States District Judge

Parties' Joint Request to be Exempt from ADR
C07-2919 SI    2