SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA PATEL,<br><br>            Petitioner,<br><br>   v.<br><br>ALBERTO GONZALES, in his official capacity, Attorney General, United States Department of Justice, et al.,<br><br>            Respondents. | No. C 07-2919 SI<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be

Parties' Joint Request to be Exempt from ADR
C07-2919 SI                                 1

1 | excused from participating in the ADR phone conference and any further formal ADR process.

2 | Dated: October 3, 2007    Respectfully submitted,

3 | SCOTT N. SCHOOLS
United States Attorney

6 |            /s/
ILA C. DEISS
Assistant United States Attorney
7 | Attorney for Respondents

9 | Dated: October 3, 2007               /s/
MICHAEL CRAIG COX
10 | Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

16 | Date: _____
SUSAN ILLSTON
17 | United States District Judge

Parties' Joint Request to be Exempt from ADR
C07-2919 SI                                    2