**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: <u>10/19/07</u>

Case No.   <u>C-07-2919 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>ANITA PATEL</u>  -v-  <u>ALBERTO GONZALEZ</u>

Attorneys: Judge, Cox            I. Deiss

Deputy Clerk:  <u>Tracy Sutton</u>   Court Reporter: <u>n/a</u>

**PROCEEDINGS**

1)   <u>Initial Case Management Conference - HELD</u>

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                      PART

Case continued to <u>    @ 2:30 p.m.</u> for Further Case Management Conference

Case continued to  <u>12/14/07    @ 9:00 a.m.</u>   for Cross Motions for Summary Judgment
(Motion due **11/9/07** , Opposition **11/26/07**  Reply **12/3/07**)

Case continued to  <u>  @ 3:30 p.m.</u>  for Pretrial Conference

Case continued to  <u>  @ 8:30 a.m.</u>  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: