Michael Craig Cox, CA SBN # 248393
120 Roble Road, #108
Walnut Creek, CA 94597
Telephone:    650.245.2565
Facsimile:    by appointment: 925.943.6249
Email:    mick@legalhelpfor.us

Attorney for Petitioner
Anita PATEL

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Anita PATEL,** ) | Case No.:  C 07 2919 SI |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Declaration of Michael Cox in Support of Petitioner's Motion for Summary Judgment against Respondents per Fed. R. Civ. P. 56** |
| ) | |
| **Alberto GONZALES**, in his official capacity, ) Attorney General, United States Department of Justice; ) | Immigration Case, Administrative Procedure Act Case |
| **Michael CHERTOFF**, in his official capacity, ) Secretary, United States Department of Homeland Security; ) | Agency No.:  A096 542 186 |
| **Emilio GONZALEZ**, in his official capacity, ) Director, United States Citizenship and Immigration Services, United States Department of Homeland Security; and ) | |
| **David STILL**, in his official capacity, District Director, United States Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California, ) | |
| ) | |
| Respondents. ) | |
| ) | |

I, Michael Craig Cox, declare and state as follows:

1.    I am a member of the bar of this Court, and I give this declaration in support of Petitioner Anita Patel's Motion for Summary Judgment.

2.    I am familiar with the procedural background in the above-referenced action, and the matters set forth in this Declaration are personally known to me.  If called and sworn as a witness, I could and would competently testify thereto.

3.    On May 3, 2002, Petitioner Patel married Anand Paul Singh Judge in California. Mr. Judge was born in California and as a result is a United States citizen.  This was admitted in the Respondents' Answer in this matter, filed August 10, 2007, at paragraph 12.

4.    In October, 2005, Petitioner Patel and her husband gave birth to their first child, a daughter born here in the United States.  This was admitted in the Respondents' Answer in this matter at paragraph 13.

5.    On or about June 3, 2005, Petitioner Patel's husband, a United States citizen, filed an immediate family visa application, Form I-130 Petition for Alien Relative, on behalf of Petitioner Patel, a United Kingdom citizen, based upon their marriage.  The I-130 petition filed on behalf of Petitioner Patel was approved by United States Citizenship and Immigration Services ("USCIS") on December 14, 2005.  A copy of the I-130 Approval Notice is attached as Petitioner's Exhibit A.

6.    On or about June 3, 2005, Petitioner Patel filed Form I-485 Application to Register Permanent Resident or Adjust Status.  A Receipt Notice from USCIS was sent on June 20, 2005, including a request for Petitioner Patel to schedule an appointment to provide fingerprints and biometrics.  A copy of the I-485 Receipt Notice is attached as Petitioner's Exhibit B.

7.    Petitioner Patel fulfilled the requests from USCIS and has provided fingerprint and biometric information to CIS in response to the 2005 request by USCIS.  This was admitted in the Respondents' Answer in this matter at paragraph 24.

8.    On or about September 29, 2005, CIS sent Petitioner Patel a Request for Applicant to Appear for Initial Interview in furtherance of her I-485 Application.  Petitioner

Patel's priority date was set to June 3, 2005, and her interview date was scheduled for December 13, 2005. A copy of that request from USCIS is attached as Petitioner's Exhibit C.

9.    Both Petitioner Patel and her husband attended and completed the scheduled interview on December 13, 2005. This was admitted in the Respondents' Answer in this matter at paragraph 21.

10.    On or about August 22, 2006, Petitioner Patel's former counsel inquired into the status of Petitioner Patel's I-485 Application. A copy of the inquiry letter is attached as Petitioner's Exhibit D.

11.    On or about August 25, 2006, a response to the August 22, 2006 inquiry indicated that USCIS was awaiting a security check on Petitioner Patel's case from the FBI, and that USCIS would be unable to adjudicate her petition until the background check had concluded. USCIS further stated that on average cases are assigned to a USCIS officer within one week of clearance for adjudication. A copy of this USCIS Inquiry Response is attached as Petitioner's Exhibit E.

12.    On or about September 11, 2006, Petitioner Patel called USCIS to request status on her I-485 Application, receipt number MSC-05-259-18879. In a letter of response dated September 11, 2006, USCIS said that Petitioner Patel's application was not yet ready for decision because the background investigation had not yet been completed. The letter further instructed that if Petitioner Patel did not hear from USCIS within 6 months to contact the customer service phone number. A copy of the letter from USCIS to Petitioner is attached as Petitioner's Exhibit F.

13.    On or about January 22, 2007, Petitioner Patel again called USCIS to request status on her I-485 Application, receipt number MSC-05-259-18879. In a letter of response dated January 23, 2007, USCIS used identical text to the earlier September 11, 2006 letter of response to tell Petitioner Patel that her case was not yet ready for decision because the background investigation had not yet been completed. The letter identically instructed that if Petitioner Patel did not hear from USCIS within 6 months to contact the customer service phone

number.  A copy of the letter from USCIS to Petitioner Patel is attached as Petitioner's Exhibit G.

14.    On or about May 10, 2007, Petitioner Patel, though counsel, submitted a letter to the United States Attorney's Office in San Francisco to notify them of these delays, and to request assistance in obtaining prompt adjudication of Petitioner Patel's I-485 Application.  A copy of that letter is attached as Petitioner's Exhibit H.

15.    On June 5, 2007, Petitioner Patel filed this action seeking an order directing USCIS to adjudicate her application for permanent residency.

16.    On July 9, 2007, approximately one month after Petitioner initiated the present matter before this Court, USCIS sent Petitioner Patel another request for her fingerprints, despite her compliance with the 2005 request for fingerprints.  Petitioner Patel complied with this latter request and again submitted her fingerprints.  A copy of the letter from USCIS to Petitioner Patel is attached as Petitioner's Exhibit I.

17.    In August, 2007, Petitioner Patel submitted a Freedom of Information Act request to USCIS seeking a copy of her entire paper and electronic file.  On August 20, 2007, USCIS received Petitioner Patel's Freedom of Information Act request for a copy of her file, assigning it control number NRC2007055462, and mailing a letter of receipt to Petitioner Patel.  To date no information has been received by Petitioner Patel or her counsel in response to this request.  A copy of the USCIS letter of receipt is attached as Petitioner's Exhibit J.

18.    On November 4, 2007, the USCIS website showed that as of October 15, 2007, the San Francisco district office was adhering to a six (6) month processing timeframe for I-485 applications.  Petitioner Patel's application was filed in June, 2005, thirty (30) months ago, as of the Summary Judgment hearing date in this matter.  Additionally, a query for the USCIS National Benefits Center shows processing times of no more than six months for any of the application types for which it provides processing timeframes online.  Copies of the web page information for both the San Francisco field office and the National Benefits Center are attached as Petitioner's Exhibit K.

19.    Petitioner Anita Patel has complied with all requests for information, attended all requested appointments, and paid all fees associated with her I-485 Application and all other forms submitted in her quest to become a lawful permanent resident in the United States.  This was admitted in the Respondents' Answer in this matter at paragraph 29.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2007, at Walnut Creek, California.


                                                                    Respectfully submitted,


Dated this 9th day of November, 2007

                                                        _____/s/_____
                                                        MICHAEL CRAIG COX
                                                        Attorney for Petitioner
                                                        Anita Patel

PETITIONER'S EXHIBIT A:                I-130 Approval Notice – 12/14/05

PETITIONER'S EXHIBIT B:                I-485 Receipt Notice – 6/20/05

PETITIONER'S EXHIBIT C:                Request for Initial Interview and fingerprints re:
                                       I-485 application – 9/29/05

PETITIONER'S EXHIBIT D:                Inquiry re: I-485 application status – 8/22/06

PETITIONER'S EXHIBIT E:                USCIS Response to 8/22/06 status inquiry – 8/25/06

PETITIONER'S EXHIBIT F:                USCIS Response to 9/11/06 status inquiry – 9/11/06

PETITIONER'S EXHIBIT G:                USCIS Response to 1/22/07 status inquiry – 1/23/07

PETITIONER'S EXHIBIT H:                Letter to U.S. Attorney seeking assistance – 5/10/07

PETITIONER'S EXHIBIT I:                2007 Request for Fingerprints re: I-485 application
                                       – 7/09/07

PETITIONER'S EXHIBIT J:                Letter of Receipt of Freedom of Information Act
                                       request – 8/20/07

PETITIONER'S EXHIBIT K:                Web page print-outs of USCIS processing
                                       timeframes for San Francisco field office and
                                       National Benefits Center – 10/15/07 information

# PETITIONER'S EXHIBIT A

12/20/2005 14 29 FAX 6507453726          Anand P S Judge, Esq                    ☑002/00?

Department of Homeland Security
U.S. Citizenship and Immigration Services                          I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>MSC-05-259-18881 | CASE TYPE  I130  IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
| RECEIPT DATE<br>June 20, 2005 | PRIORITY DATE | PETITIONER<br>JUDGE, ANAND P. |
| NOTICE DATE<br>December 14, 2005 | PAGE<br>1 of 1 | BENEFICIARY A096 542 186<br>PATEL, ANITA |

ANAND P. JUDGE                          Notice Type:  Approval Notice
600 ALLERTON ST APT 201                 Section: Husband or wife of U.S.
REDWOOD CITY CA 94063                            Citizen, 201(b) INA

The above petition has been approved.  The original visa petition has been forwarded to the Department of State (DOS)
National Visa Center (NVC) 32 Rochester Avenue, Portsmouth, NH, 03801-2909.  The petition indicates the person for whom
you are petitioning (the beneficiary) wishes to adjust status to that of a lawful permanent resident in the United
States. Because the petition was postmarked on or before April 30, 2001, the beneficiary is eligible to adjust status
under Section 245(i).  The priority date is the date the petition was physically received by the Service and is shown
above

When the beneficiary becomes eligible to adjust status based on the priority date of this petition, he or she may submit
a copy of this notice, along with a Form I-485 Application for Permanent Resident, to their local Citizenship and
Immigration Services (CIS) District Office where the beneficiary resides.  Do not send the request to a CIS Service
Center.  Additional information about eligibility for adjustment of status can be obtained from the CIS National
Customer Service Center (NCSC) at 1-800-375-5283 or by accessing the CIS web site at www.uscis.gov

If the beneficiary elects to apply for an immigrant visa outside the United States based on this petition once the
priority date is current and the visa is available, no further action by the beneficiary is necessary.  The NVC will
forward the approved petition to the appropriate consulate to complete visa processing.  The NVC will then contact the
beneficiary concerning further immigrant visa processing steps.

In the event the beneficiary decides to change his or her original visa application location, he or she must submit a
copy of this notice, along with a Form I-824 Application for Action on an Approved Application or Petition to the local
CIS District Office or DOS Consulate in the respective country

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien
beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an
extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX 8648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283                    

# PETITIONER'S EXHIBIT B

...partment of Homeland Security
..., Citizenship and Immigration Services

**I-797C, Notice of Acti...**

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-05-259-18879 | | I-485 - Application to Register Permanent Residence or Adjust Status | |

| Received Date: June 03, 2005 | Priority Date: | Applicant: | A096542186 PATEL, ANITA |
|---|---|---|---|
| Notice Date: June 20, 2005 | Page    1 OF 1 | ASC Code:    3 | |

| C SHUSTERMAN 624 S GRAND AVE SUITE 1608 LOS ANGELES CA 90017 | Notice Type:    Receipt Notice |
|---|---|
| | Amount Received:    $385.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### FINGERPRINTING AND BIOMETRICS-
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



# PETITIONER'S EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Servic

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE September 29, 2005 |
|---|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A# A 096 542 186 |
| APPLICATION NUMBER MSC0525918879 | RECEIVED DATE June 03, 2005 | PRIORITY DATE June 03, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ANITA PATEL
c/o C SHUSTERMAN
624 S GRAND AVE SUITE 1608
LOS ANGELES CA 90017

PLEASE COME TO:  U.S. Citizenship and Immigration Services

630 SANSOME ST
2ND FLOOR - ADJUSTMENT OF STATUS
SAN FRANCISCO CA 94111

6

ldullulluuulldul

ON:     Tuesday, December 13, 2005
AT:     10:00 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485).  **Failure to appear may result in the denial of your application.**

### Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview.  You do not need to bring your children unless otherwise instructed.  Please be on time, but do not arrive more than 45 minutes early.  We may record or videotape your interview.

### What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents.  Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English.  The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged.  If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items.  If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible.  Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

REPRESENTATIVE COPY

Declaration in Support of
Motion for Summary Judgment - 12

Case No. C 07 2919 SI

# PETITIONER'S EXHIBIT D

LAW OFFICES
OF

# CARL SHUSTERMAN

CARL SHUSTERMAN*

ELAHE NAJFABADI

ELLEN MA LEE

ELIF KELES (NY BAR)

AMY PROKOP

CURTIS PIERCE, OF COUNSEL*

HOWARD HOM, OF COUNSEL*

CERTIFIED SPECIALIST, IMMIGRATION & NATIONALITY LAW
CALIFORNIA BOARD OF LEGAL SPECIALIZATION

600 WILSHIRE BLVD

SUITE 1550

LOS ANGELES, CA 90017

PHONE: (213) 623-4592

FAX: (213) 623-3720

EMAIL: carl@shusterman.com

WEB: http://www.shusterman.com

August 22, 2006

U.S. Department of Homeland Security
Citizenship and Immigration Service
630 Sansome Street, 2nd Floor - AOS
San Francisco, CA 94111

## INQUIRY ON IMMIGRATION MATTER

RE:    Type of Application:    **I-485 Application to Register Permanent
Residence or Adjust Status**

Applicant:    Anita PATEL
File No.:    A096 542 186
**Interviewed Date:    December 13, 2005**

Dear Sir or Madam:

Please be advised that our client has been interviewed by you concerning the above
referenced application, but no decision has been received from you on the case.

Please check your records and notify us of the status of this case.

Your prompt attention to this matter is appreciated.

Sincerely yours,
LAW OFFICES OF ELLEN MA LEE

Ellen Ma Lee
Attorney at Law

EML/eg

# PETITIONER'S EXHIBIT E

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Department of Homeland Security
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## USCIS INQUIRY RESPONSE

DATE: 8/25/2006

TO:   Ellen Ma Lee
File Number: Anita Patel (A#96 542 186)

COMMENTS:  Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.

# PETITIONER'S EXHIBIT F

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

Monday, September 11, 2006

ELLEN LEE
LAW OFFICE OF CARL SHUSTERMAN
600 WILSHIRE BLVD
SUITE 1550
LOS ANGELES CA 90017

**ATTORNEY/PARALEGAL COPY**

ANITA PATEL
600 ALLERTON ST
SUITE 201
REDWOOD CITY CA 94063

Dear Anita Patel:

On 09/11/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | The applicant |
| Attorney Name: | Ellen Lee |
| Case type: | I485 |
| Filing date: | Information not available |
| Receipt #: | MSC-05-259-18879 |
| Beneficiary (if you filed for someone else): | Patel, Anita |
| Your USCIS Account Number (A-number): | Information not available |
| Type of service requested: | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

U.S. C2S - 09-11-2006 05:16 PM EDT - MSC-05-259-18879

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 09-11-2006 05:16 PM EDT - MSC-05-259-18879

# PETITIONER'S EXHIBIT G

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**

Tuesday, January 23, 2007

ELLEN LEE
LAW OFFICE OF CARL SHUSTERMAN
600 WILSHIRE BLVD
SUITE 1550
LOS ANGELES CA 90017

**ATTORNEY/PARALEGAL COPY**

ANITA PATEL
600 ALLERTON ST
SUITE 201
REDWOOD CITY CA 94063

Dear Anita Patel:

On 01/22/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Ellen Lee |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-05-259-18879 |
| **Beneficiary (if you filed for someone else):** | Patel, Anita |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

U.S. CIS - 01-23-2007 05:38 PM EST - MSC-05-259-18879

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 01-23-2007 05:38 PM EST - MSC-05-259-18879

# PETITIONER'S EXHIBIT H

### MICHAEL CRAIG COX
ATTORNEY AND COUNSELOR AT LAW

120 ROBLE ROAD, #108          MICK@LEGALHELPFOR.US
WALNUT CREEK, CA 94597    HTTP://LEGALHELPFOR.US    PHONE: 650.245.2565

10 May 2007

United States Attorney's Office
Civil Division, Immigration Unit
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Assistant U.S. Attorney:

I represent Anita Patel, a United Kingdom citizen, to aid her quest to have her I-485 application for status change adjudicated by the U.S. Citizenship and Immigration Services ("USCIS") office. Given her right to obtain legal permanent residence and the hardships that lacking such legal status continues to present, we are seeking to obtain prompt adjudication of her application.

There has been significant delay in the processing of her application from 2005, which is based upon her marriage to a U.S. citizen in 2002. If someone from your office can provide assistance in expediting the process with USCIS, my client would certainly appreciate the ability to forego the time, energy, and cost of preparing for, and moving through, formal legal proceedings. Hopefully it is similarly beneficial to the U.S. Attorney's Office and USCIS to address this issue in the absence of formal court proceedings.

For your convenience, enclosed please find a draft of the statement of facts that we may use in a petition for writ of mandamus if your office is unable or unwilling to assist Ms. Patel in obtaining prompt adjudication of her I-485 application.

We are striving to resolve this matter as efficiently as possible, but if after contacting USCIS, your office does not feel that it is feasible for Ms. Patel's application to be adjudicated by 29 June 2007, or if we receive no response from your office at all, then we will proceed with a petition for writ of mandamus on or about 04 June 2007.

Any assistance you can offer Ms. Patel is greatly appreciated. Please direct any correspondence to my contact information above, either electronically or via traditional post. Thank you in advance for your time and attention to this matter. I look forward to receiving your prompt reply.

MICHAEL CRAIG COX
ATTORNEY AND COUNSELOR AT LAW

# PETITIONER'S EXHIBIT I

Department of Homeland Security
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

**MICHAEL CRAIG COX**

File No.  A96 542 186 (E-11/OMB)

120 ROBLE ROAD, SUITE #108

Date:  July 09, 2007

WALNUT CREEK, CA  94597

I-485

**APPLICANT: Anita PATEL**

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the INS APPLICATION SUPPORT CENTER.   **On or before August 08, 2007**

NOTE:  If you do not have your finger prints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13).  **IMPORTANT:  If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.**

☐  **SANTA ROSA**
1401 Guerneville Rd., Suite. 100
Santa Rosa, CA  95403
Hours:   Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

☐  **OAKLAND**
2040 Telegraph Avenue
Oakland, CA  94612
(Near 19th Street Bart Station)
Hours:   Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

☐  **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA  94111
Hours:   Tuesday through Saturday
8:00am to 3:30pm
Closed Sunday/Monday

☐  **MODESTO**
901 N. Carpenter Rd., Suite. 14
Modesto, CA  95351
Hours:   Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

☐  **FRESNO**
4893 East Kings Canyon
Fresno, CA  93727
Hours:   Tuesday through Saturday
8:00am to 3:30pm
Closed Sunday/Monday

☐  **SACRAMENTO**
731 "K" Street, Room 100
Sacramento, CA  95816
Hours:   Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

☐  **SAN JOSE**
122 Charcott Avenue
San Jose, CA  95131
Hours:   Tuesday through Saturday
8:00am to 3:30pm
Closed Sunday/Monday

☐  **SALINAS**
1954 North Main Street (Santa Rita Plaza)
Salinas, CA  93906
Hours:   Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

When you go to have your fingerprints taken, you must bring; 1)  THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

cc:  Anita PATEL
600 Allerton Street, Apt. #201
Redwood City, CA  94063

(REVISED 07/10/03)

www.dhs.gov

# PETITIONER'S EXHIBIT J

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

August 20, 2007

NRC2007055462

Michael Craig Cox
Attorney at Law
120 Roble Rd #108
Walnut Creek, CA 94597

*Postmark
2' Aug 07*

Dear Michael Craig Cox:

We received your request for information relating to Anita Patel on August 20, 2007.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. 552). It has been assigned the following control number: NRC2007055462. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests. Because of the nature of your request we have placed your request on the complex track. Since your request is on the complex track, you may wish to modify it to identify a specific document(s), the exact information sought, and location if known. Upon receipt, we will reconsider your request for eligibility for the faster track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for use on your personal computer. This option is an alternative to paper copies. The CD is readable on all computers, through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. **Attorneys automatically receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper copies, all future responsive records will be provided via paper – there is no need to call again.** For individuals (i.e. non-attorneys) please call our office at (816) 350-5570 to order your record on CD. Once you request your records on either CD or paper, all future records will be furnished in the format you have requested.

If you have any questions concerning your pending FOIA/PA request, please address them to this office, Attention: FOIA/PA Officer, or call us at (816) 350-5570, or fax any FOIA/PA related correspondence to (816) 350-5785. If you have questions concerning the status of a pending Application or Petition or any other type of immigration matter, you must contact your local District Office or call the National Customer Service Unit at 1-800-375-5283. The National Records Center cannot assist you concerning any pending Applications or Petitions or any other type of immigration matter.

Sincerely,

T. Diane Cejka
Director

# PETITIONER'S EXHIBIT K

U.S Citizenship and Immigration Services - Case Status Service Online          https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=69

Search

Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resources     Press Room

Print This Page     Back

## U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.

Declaration in Support of
Motion for Summary Judgment - 31                      Case No. C 07 2919 SI

That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted October 15, 2007

| Form | Form Title | Processing Timeframe |
|------|-----------|---------------------|
| **I-131** | Application for Travel Documents | 3 Months |
| **I-485** | Application to Register Permanent Residence or Adjust Status | 6 Months |
| **I-600** | Petition to Classify Orphan as an Immediate Relative | June 06, 2007 |
| **I-600A** | Application for Advance Processing of Orphan Petition | June 06, 2007 |
| **I-765** | Application for Employment Authorization | 11 Weeks |
| **N-400** | Application for Naturalization | 7 Months |
| **N-600** | Application for Certification of Citizenship | June 24, 2007 |



**11-04-2007 08:09 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Declaration in Support of
Motion for Summary Judgment - 32          Case No. C 07 2919 SI

U.S Citizenship and Immigration Services - Case Status Service Online          https://egov.uscis.gov/cris/jsps/NBCprocesstimes.jsp?



Home  Contact Us  Site Map  FAQ

Search

Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resources     Press Room

Print This Page    Back

## U.S. Citizenship and Immigration Services
## National Benefits Center Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.

Declaration in Support of
Motion for Summary Judgment - 33                          Case No. C 07 2919 SI

1  U.S Citizenship and Immigration Services - Case Status Service Online          https://egov.uscis.gov/cris/jsps/NBCprocesstimes.jsp?

2

3  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

4  Processing Dates for the **National Benefits Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| **I-131** | Application for Travel Document | All other applicants for advance parole | 3 Months |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other extension applications | 3 Months |
| **I-765** | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| **I-765** | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| **I-817** | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| **I-824** | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |

[ Print This Page ]   [ Back ]

**11-04-2007 08:07 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

2 of 2                                                                                                11/4/2007 5:07 PM

Declaration in Support of
Motion for Summary Judgment - 34                          Case No. C 07 2919 SI