SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA PATEL, | ) |
| Petitioner, | ) No.   C 07-2919 SI ) |
| v. | ) **STIPULATION TO DISMISS AND** ) **[PROPOSED] ORDER** |
| ALBERTO GONZALES, in his official capacity, Attorney General, United States Department of Justice, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

   Petitioner, by and through her attorney of record, and Respondents by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

   Each of the parties shall bear their own costs and fees.

Dated: November 15, 2007           Respectfully submitted,

                                   SCOTT N. SCHOOLS
                                   United States Attorney



                                   _____/s/_____
                                   ILA C. DEISS
                                   Assistant United States Attorney
                                   Attorney for Respondents

Stipulation to Dismiss
C07-2919 SI                          1

Dated: November 13, 2007

                                        /s/
MICHAEL CRAIG COX
Attorney for Petitioner

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SUSAN ILLSTON
United States District Judge

Stipulation to Dismiss
C07-2919 SI                                       2