1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12  ANITA PATEL,                          )
                                          )  No.    C 07-2919 SI
13              Petitioner,               )
                                          )
14         v.                             )  **STIPULATION TO DISMISS AND**
                                          )  **[PROPOSED] ORDER**
15  ALBERTO GONZALES, in his official capacity, )
    Attorney General, United States Department of )
16  Justice, *et al.*,                    )
                                          )
17              Respondents.              )
    _____ )
18

19      Petitioner, by and through her attorney of record, and Respondents by and through their

20  attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

21  in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

22      Each of the parties shall bear their own costs and fees.

23  Dated: November 15, 2007              Respectfully submitted,

24                                        SCOTT N. SCHOOLS
                                          United States Attorney
25

26

27                                        _____/s/_____
                                          ILA C. DEISS
28                                        Assistant United States Attorney
                                          Attorney for Respondents

Stipulation to Dismiss
C07-2919 SI                      1

Dated: November 13, 2007

_____/s/_____
MICHAEL CRAIG COX
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

Stipulation to Dismiss
C07-2919 SI                            2